UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DORCUS D. ALLEN,<br><br>                      Plaintiff,<br><br>   v.<br><br>KING COUNTY SHERIFF'S DEPARTMENT, *et al*.,<br><br>                      Defendants. | Case No. C12-2090-RSM<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's complaint, defendants' motion for summary judgment, plaintiff's motion for partial summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendants' motion for summary judgment (Dkt. 20) is GRANTED.

    (3)    Plaintiff's motion for partial summary judgment (Dkt. 39) is DENIED.

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE - 1

(4)	Plaintiff's complaint (Dkt. No. 8) and this action are DISMISSED with prejudice.

(5)	The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 11th day of April 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE